| | |
|---|---|
| 1 | **QUILL & ARROW LLP** |
| 2 | Kevin Y. Jacobson, Esq. (SBN 320532) |
|   | kjacobson@quillarrowlaw.com |
| 3 | Luis A. Serrano, Esq. (SBN 349024) |
| 4 | lserrano@quillarrowlaw.com |
|   | 10880 Wilshire Blvd., Suite 1600 |
| 5 | Los Angeles, California 90024 |
| 6 | |
|   | Attorneys for Plaintiffs, |
| 7 | **JUAN MARTINEZ GOMEZ AND MARTINEZ CART, INC.** |
| 8 | |
| 9 | **THETA LAW FIRM, LLP** |
|   | Soheyl Tahsildoost, Esq. (SBN 271294) |
| 10 | scorrea@thetafirm.com |
| 11 | Mehgan Gallagher, Esq. (SBN 338699) |
|   | mg@thetafirm.com |
| 12 | 12100 Wilshire Blvd., Suite 1070 |
| 13 | Los Angeles, CA 90025 |
| 14 | Attorneys for Defendant, |
| 15 | **MERCEDES-BENZ USA, LLC.** |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARTINEZ GOMEZ, an individual, and MARTINEZ CART, INC., an individual, | Case No: 2:25-CV-00046-PD |
| Plaintiffs, | Magistrate Judge: Hon. Patricia Donahue |
| vs. | **JOINT NOTICE OF SETTLEMENT** |
| MERCEDES-BENZ USA, LLC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, JUAN MARTINEZ GOMEZ and MARTINEZ CART, INC., and Defendant, MERCEDES-BENZ USA, LLC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Based on the foregoing, the Parties respectfully request that the Court Order that this action be dismissed without prejudice and the Court continue to retain jurisdiction over this action to enforce the terms of the settlement agreement.

Dated: February 5, 2025,         QUILL & ARROW LLP

                                 By _____
                                    Kevin Y. Jacobson, Esq.
                                    Luis A. Serrano, Esq.
                                    Attorneys for Plaintiffs,
                                    JUAN MARTINEZ GOMEZ
                                    MARTINEZ CART, INC.

Dated: February 6, 2025,         MERCEDES-BENZ USA, LLC

                                 By: ___/s/Mehgan Gallagher_____
                                    Soheyl Tahsildoost, Esq
                                    Mehgan Gallagher, Esq.
                                    Attorneys for Defendant,
                                    MERCEDES-BENZ USA, LLC.