**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Luis A. Serrano, Esq. (SBN 349024)
lserrano@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiffs,
**JUAN MARTINEZ GOMEZ**
**AND MARTINEZ CART, INC.**

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost, Esq. (SBN 271294)
st@thetafirm.com
Mehgan Gallagher, Esq. (SBN 338699)
mg@thetafirm.com
eservice@thetafirm.com
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025

Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTINEZ GOMEZ, an individual, and MARTINEZ CART, INC., a California Corporation,<br><br>　　　　Plaintiffs,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br>　　　　Defendant. | Case No.: 2:25-cv-00046-PD<br><br>*Assigned Judge:* Hon. Patricia Donahue<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiffs, JUAN MARTINEZ GOMEZ and MARTINEZ CART, INC., and Defendant, MERCEDES-BENZ USA, LLC, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Dated: April 1, 2025,          **QUILL & ARROW, LLP**

By _____
Kevin Y. Jacobson, Esq.
Luis A. Serrano, Esq.
Attorneys for Plaintiffs,
**JUAN MARTINEZ GOMEZ**
**MARTINEZ CART, INC.**

Dated: April 1, 2025,          **THETA LAW FIRM, LLP**

By */s/ Mehgan Gallagher*_____
Soheyl Tahsildoost, Esq.
Mehgan Gallagher, Esq.
Attorneys for Defendant,
**MERCEDES-BENZ USA, LLC**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mehgan Gallagher, Esq. counsel for MERCEDES-BENZ USA, LLC, and that I have obtained authorization to affix his/her electronic signature to this document.

**QUILL & ARROW, LLP**

*/s/Luis A. Serrano*
Kevin Y. Jacobson, Esq.
Luis A. Serrano, Esq.
Attorney for Plaintiffs,
**JUAN MARTINEZ GOMEZ**
**MARTINEZ CART, INC.**