# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTINEZ GOMEZ, an individual, and MARTINEZ CART, INC., a California Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: <u>2:25-cv-00046-PD</u><br><br>*Assigned Judge: Hon. Patricia Donahue*<br><br>**ORDER OF DISMISSAL** |

1  Based on the stipulation of the parties, and good cause appearing therefore,
2  the stipulation is granted. The entire action, including all claims and counterclaims
3  stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: April 02, 2025        By: _____
                                Hon. Patricia Donahue
                                United States Magistrate Judge